# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153609 & (14)

JOSEPH CONSTANT,
    Plaintiff,

v

SC:  153609
AGC:  1770-15

ATTORNEY GRIEVANCE COMMISSION,
    Defendant.

_____/

On order of the Court, the motion to amend is GRANTED.  The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 18, 2016

Clerk

a1115